UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. ED CV 14-1371-JGB (PLA)                                    Date  August 15, 2014

Title:  Arnulfo Serrato Guillen v. Carolyn W. Colvin

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:               ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                             NONE

PROCEEDINGS:         (IN CHAMBERS)

Pursuant to this Court's Order of July 18, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, i.e., by August 13, 2014. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than August 22, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before August 22, 2014, shall be deemed compliance with this Order to Show Cause.


cc:     Laura E. Krank, Esq.
        AUSA - Office of US Attorney




                                                                                           Initials of Deputy Clerk      ch