**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ARNULFO SERRATO GUILLEN,   ) | No. ED CV 14-1371-PLA |
|         Plaintiff,   ) | |
|           v.       ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING   ) | |
| COMMISSIONER OF SOCIAL   ) | |
| SECURITY ADMINISTRATION,   ) | |
|         Defendant.   ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED:  May 12, 2015

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE